## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Russell Barrett
                                    Plaintiff,
v.                                                      Case No.: 1:12−cv−06108
                                                        Honorable James B. Zagel
Microdynamics Corp., et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 26, 2014:

    MINUTE entry before the Honorable James B. Zagel: Settlement conference held on 6/26/2014. Case did not settle. Counsel shall contact the Court's courtroom deputy regarding available trial dates. Mailed notice(ep, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.