**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Russell Barrett
                              Plaintiff,

v.                              Case No.: 1:12−cv−06108
                                Honorable James B. Zagel

Microdynamics Corp., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2014:

    MINUTE entry before the Honorable James B. Zagel: Jury trial set for 12/8/14 beginning at 10:30 a.m. Pretrial conference set for 12/3/14 at 4:00 p.m. Pretrial motions shall be filed on or before 11/26/14. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.