**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Russell Barrett** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | NO.   12 cv 06108 |
| | ) | |
| **Microdynamics Corp., d/b/a/** | ) | Judge  James B. Zagel |
| **Microdynamics Group, Mangrove** | ) | Magistrate Jeffrey T. Gilbert |
| **Cobrasource, Inc., d/b/a/ Mangrove** | ) | |
| **Employer Services, and Health Care** | ) | |
| **Service Corporation Illinois State PAC,** | ) | |
| **NFP, f/n/a BlueCross and BlueShield** | ) | |
| **of Illinois** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Russell Barrett and Defendants, Microdynamics Corp., Health Care Service Corp., and Mangrove Employer Services by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with each side to bear his or its own costs and attorneys fees.

Dated: November 25, 2014

| | |
|---|---|
| /s/Dean Gournis | /s/John S. Bishof, Jr |
| Dean Gournis | John S. Bishof, Jr. |
| Stacie E. Barhorst | Patricia Gerberich |
| Kaplan, Papadakis & Gournis, P.C. | Law Office of John Bishof, P.C. |
| 180 N. LaSalle Street, Suite 2108 | 101 N. Wacker Dr. Suite 200 |
| Chicago, IL 60601 | Chicago, IL 60606 |
| (312) 726-0531 | (312)630-2048 |
| (312) 726-4928 (fax) | (312)630-2085 (fax) |
| dgournis@kpglaw.com | jsbishof@jsblegal.com |
| sbarhorst@kpglaw.com | |

/s/James B. Hiller
James B. Hiller
Danielle A. Denkmann
Gordon & Rees LLP
1 North Franklin Street, Suite 800
Chicago, IL 60606
(312) 565-1400
(312) 565-6511 (fax)
jhiller@gordonrees.com
ddenkmann@gordonrees.com